**Opinion filed March 15, 2012**



In The

# Eleventh Court of Appeals

_____

## No. 11-11-00320-CR

_____

## STEVEN AARON PARUM, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 70th District Court**

**Ector County, Texas**

**Trial Court Cause No. A-39,188**

## MEMORANDUM OPINION

Steven Aaron Parum has filed in this court a motion to dismiss his appeal. Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both appellant and his counsel.

The motion is granted, and the appeal is dismissed.

PER CURIAM

March 15, 2012

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.